BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Keith Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Andrew A. August (State Bar No. 109741)
  aaugust@bgrfirm.com
Jonathan Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel 310.274.7100  -- Fax 310.275.5697

Attorneys for Plaintiff
DFSB Kollective Co. Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation;<br><br>            Plaintiff,<br><br>      vs.<br><br>CJ E&M, INC., a Korean corporation;<br>CJ E&M AMERICA, INC., a California corporation,<br><br>            Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**<br><br>**1. COPYRIGHT INFRINGEMENT**<br><br>**2. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff DFSB Kollective Co. Ltd. alleges as follows:

## INTRODUCTION

1.      DFSB Kollective Co. Ltd. has exclusive licenses to reproduce, distribute, publicly perform and publicly display in the United States numerous works of Korean pop music, which are registered with the U.S. Copyright Office.

2.      Without DFSB Kollective's permission, CJ E&M, Inc. ("CJ E&M") and CJ E&M America, Inc. ("CJ E&M America") have distributed to the Beats Music service (a California-based, online music service) these sound recordings.  In

1  distributing these works, CJ E&M America, acting primarily from Los Angeles,

2  knowingly provided false copyright management information with the intent to

3  facilitate or conceal infringement.

4      3.    Furthermore and without DFSB Kollective's permission, CJ E&M, via

5  its website www.mnet.com, made available in the United States for distribution

6  and/or distributed to people within the United States over 300 works to which DFSB

7  Kollective—not CJ E&M—has the exclusive right to distribute within the United

8  States.

9      4.    The activities of CJ E&M and CJ E&M America (jointly and severally,

10 "Defendants") constitute willful copyright infringement and the submission of false

11 copyright management information in violation of the Digital Millennium Copyright

12 Act.

13     5.    DFSB seeks damages, an injunction, costs and fees.

14                              **PARTIES**

15     6.    DFSB Kollective Co. Ltd. is a corporation under the laws of the

16 Republic of Korea with its principal place of business in Seoul, Korea.

17     7.    CJ E&M, Inc. is a corporation under the laws of the Republic of Korea,

18 with its principal place of business in Seoul, Korea.

19     8.    CJ E&M America, Inc. is a California corporation with its principal

20 place of business in Los Angeles, California.

21                    **JURISDICTION AND VENUE**

22     9.    The Court has jurisdiction over the subject matter pursuant to 28 U.S.C.

23 § 1331 (federal question) and 28 U.S.C. § 1338(a) (copyright).

24     10.   The Court has personal jurisdiction over Defendants either because

25 they are headquartered here (CJ E&M America) or because, upon information and

26 belief, they purposefully directed their wrongful activities to this jurisdiction,

27 including by distributing infringing sound recordings to residents of California and

28 by distributing or conspiring to distribute false copyright management information

1   in California (CJ E&M).

2         11.   Pursuant to 28 U.S.C. § 1391(b) and § 1400(a), venue is proper because

3   a substantial part of the events and omissions giving rise to the claims herein

4   occurred in this district, the wrongdoing alleged herein was directed toward this

5   district and all defendants reside in and/or are subject to personal jurisdiction in this

6   district.  Further, the claims herein arise out of Defendants' forum-related activities,

7   and the exercise of jurisdiction here would be reasonable.

8         12.   The Korea Creative Content Agency, a South Korean government

9   agency focusing on cultural exports, has indicated its support for Korean companies

10  to pursue legal actions in the United States that seek to stop the illegal, online

11  distribution of Korean music to the United States.

12                      **FACTUAL ALLEGATIONS**

13  **DFSB Kollective Has an Exclusive License to Certain Works in the U.S.**

14        13.   DFSB Kollective has the exclusive right to reproduce, distribute,

15  publicly perform and publicly display certain sound recordings within the United

16  States.  DFSB Kollective has also been assigned the exclusive right to pursue causes

17  of action for infringement that have accrued in favor of the copyright owners of

18  these works.

19        14.   These works are registered with the U.S. Copyright Office.

20        15.   303 of these works and their copyright registration numbers are listed

21  in Exhibit 1.

22        16.   DFSB Kollective has assigned an International Standard Recording

23  Code ("ISRC") to each of the works and a Universal Product Code ("UPC") to their

24  albums.

25        17.   UPC is a unique identifier for an album.

26        18.   ISRC is an identifier for sound recordings that consists of 12

27  characters.  Each ISRC is a unique, permanent identifier for a specific recording.

28  Only one ISRC should be assigned to a track, and an ISRC should never represent

1  more than one unique recording.

2      19.    ISRCs are obtained from the International Federation of the

3  Phonographic Industry, which acts as an international ISRC agency.  It is located in

4  London.

5      20.    The International Federation of the Phonographic Industry has given

6  permission to DFSB Kollective to assign ISRC codes to recordings on behalf of

7  DFSB Kollective's customers.  DFSB Kollective is an "ISRC Manager," which

8  means that the International Federation of the Phonographic Industry allows DFSB

9  Kollective to assign ISRCs to recordings that DFSB Kollective did not create, on

10  behalf its clients.

11      21.    Defendants are not ISRC Managers.  The International Federation of

12  the Phonographic Industry has not granted Defendants the right to assign ISRC

13  codes to recordings that they do not own.  Consequently, Defendants should not be

14  assigning new ISRC codes to recordings on behalf of third parties.

15  **CJ E&M and CJ E&M America Distribute the DFSB Works in the United States and Obscure Copyright Information for These Works.**

16      22.    The Beats Music service ("Beats") is a music streaming service.

17  Consumers pay a fee to access music, and Beats pays royalties according to the

18  popularity of songs.

19      23.    Beats is available to consumers in the United States but not in South

20  Korea.

21      24.    Record labels and other distributors or licensees of music can upload,

22  for distribution, songs to Beats via MediaNet Digital, Inc. ("MediaNet"), a Delaware

23  corporation and digital-music provider with an office in Los Angeles, California.

24  When distributing music to MediaNet, submitters provide copyright management

25  information about the recordings, including ISRCs and UPCs.

26      25.    Since around 2014, CJ E&M and CJ E&M America have distributed to

27  MediaNet (and, through MediaNet, for further distribution to the U.S. public) sound

28

508357.1

-4-

1  recordings, including but not necessarily limited to the nineteen sound recordings by
2  Swallow and Rhymebus listed on the last two pages of Exhibit 1.

3       26.    Neither CJ E&M nor CJ E&M America has rights to distribute these
4  recordings within the United States.  Neither CJ E&M nor CJ E&M America has
5  copyrights to these sound recordings or the underlying works in the United States.

6       27.    CJ E&M and CJ E&M America submitted ISRCs and UPCs, via
7  MediaNet, to Beats for each of these recordings.  These ISRCs and UPCs were
8  different from the ISRCs and UPCs originally and permanently assigned by DFSB
9  Kollective to each of the recordings.  A comparison of several ISRCs and UPCs
10  assigned by DFSB Kollective and those submitted by CJ E&M and CJ E&M
11  America to Beats, via MediaNet, is attached as Exhibit 2.

12       28.    As a result of the false information submitted by CJ E&M and CJ E&M
13  America from Los Angeles and elsewhere, Beats incorrectly identifies "CJ E&M" or
14  another Korean company, Neowiz Internet, as the owner of the copyrights for these
15  sound recordings and the underlying works.  Screenshots for these recordings on
16  Beats, accessed from Los Angeles, is attached as Exhibit 3.  As these screenshots
17  make clear, "CJ E&M"  or Neowiz Internet (written in Korean characters) is
18  incorrectly identified after the copyright signifiers © and ℗ for these songs.

19       29.    This is not the first time that CJ E&M has altered copyright
20  management information of digital music.  In August 2012,  the Seoul Central
21  District Court (11th Civil Case Division) in South Korea entered a final
22  judgment against CJ E&M, requiring it to pay 50,000,000 KRW (~$45,000) for
23  issuing duplicate ISRCs for digital music content that DFSB Kollective held
24  overseas distribution rights to.

25  **Distribution of  Songs via WWW.MNET.COM**

26       30.    CJ E&M administers and is otherwise responsible for the website,
27  www.mnet.com ("Mnet"), which sells Korean pop music from its collection of
28  music files.

508357.1

31.    Upon information and belief, CJ E&M has maintained Mnet through an agreement with Akamai Technologies, an Internet service provider based in Massachusetts.

32.    CJ E&M is aware whether a customer who purchases music through Mnet is from the United States; and CJ E&M makes it easy for U.S. consumers to download music from its site.

33.    Mnet has been accessible to US-based customers who can purchase Korean pop music using U.S. credit cards and pursuant to an English-language user agreement.

34.    Mnet has advertised its music services via English-language commercials accessible to U.S.-based customers.

35.    Mnet's terms of services indicate that subscribers to Mnet identify to CJ E&M their physical address.

36.    In January 2010, the Asian regional office of the International Federation of the Phonographic Industry issued a notice warning Mnet against distributing digital music internationally to which it only had domestic rights.

37.    Nonetheless, through Mnet, CJ E&M has made available in the United States for sale and/or sold to people within the United States over 300 works, including but not necessarily limited to those listed in Exhibit 1.

38.    Neither CJ E&M nor CJ E&M America has rights to distribute these works to consumers in the United States.

39.    CJ E&M has priced these works at less than $0.10 per track to U.S. consumers and even given away these works for free in the U.S., while DFSB Kollective has priced these same works to U.S. consumers via Apple iTunes at $0.99 to $1.29 per track.

## FIRST CAUSE OF ACTION
## (COPYRIGHT INFRINGEMENT)

40.    DFSB Kollective realleges all of the allegations contained in the

1  preceding paragraphs.

2      41.   Defendants, in excess of the scope of any license and without DFSB

3  Kollective's permission, have distributed to the U.S. public, have caused the

4  distribution to the U.S. public, and/or have made available for distribution to the

5  U.S. public sound recordings to which DFSB Kollective has exclusive rights,

6  including those listed in Exhibit 1 (collectively, the "DFSB Works").

7      42.   Defendants' acts infringed the copyrights and DFSB's exclusive rights

8  in violation of 17 U.S.C. §§ 106 and 501.

9      43.   Defendants' infringement of DFSB Kollective's rights in each of the

10  DFSB Works constitutes a distinct act of infringement.

11      44.   Defendants have willfully committed their acts of infringement.

12      45.   Defendants have willfully and intentionally conspired, through an

13  agreement, to commit copyright infringement as outlined in this Complaint.  In

14  furtherance of this conspiracy, Defendants have committed overt acts, including, as

15  described previously, all of the facts necessary to cause infringement of the DFSB

16  Works.  Each of these acts was made pursuant to the agreement of the Defendants

17  and in furtherance of their common scheme.

18      46.   Pursuant to 17 U.S.C. § 504(c), DFSB Kollective is entitled to the

19  maximum statutory damages in the amount of $150,000 with respect to each work

20  infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

21  Alternatively, DFSB Kollective, at its election, is entitled to damages pursuant to 17

22  U.S.C. § 504(b) for each separate infringement.

23      47.   DFSB Kollective is entitled to its costs, including reasonable attorney's

24  fees, pursuant to 17 U.S.C. § 505.

25      48.   Defendants' conduct has caused, and unless enjoined by the Court,

26  threatens to continue to cause DFSB Kollective great and irreparable injury that

27  cannot fully be compensated or measured in money.  DFSB Kollective has no

28  adequate remedy at law.  Pursuant to 17 U.S.C. § 502, DFSB Kollective is entitled

1 | to preliminary and permanent injunctions prohibiting further infringement of the
2 | copyrights and of DFSB Kollective's exclusive rights.

**SECOND CLAIM FOR RELIEF**

**(VIOLATION OF DIGITAL MILLENNIUM COPYRIGHT ACT)**

49.    DFSB Kollective realleges all of the allegations contained in the preceding paragraphs.

50.    Beginning around 2014, Defendants intentionally committed at least four acts per infringing work for works to which DFSB Kollective has exclusive rights, including the works by Swallow and Rhymebus listed on the last two pages of Exhibit 1.  These acts consisted of: knowingly and with the intent to induce, enable, facilitate, or conceal infringement by (1) providing/distributing incorrect International Standard Recording Codes and/or removing/altering the correct ISRCs, (2) providing/distributing incorrect Universal Product Codes and/or removing/altering the correct UPCs, (3) providing/distributing incorrect sound recording copyright notices and/or removing/altering the correct sound recording copyright notices, and (4) providing/distributing incorrect copyright notices for the underlying works and/or removing/altering the correct copyright notices for the underlying works.

51.    These acts constitute separate violations under 17 U.S.C. § 1202.

52.    Defendants have willfully and intentionally conspired, through an agreement, to provide/distribute false copyright management information and to alter correct copyright management information, as outlined in this Complaint.  In furtherance of this conspiracy, Defendants have committed overt acts, including, as described previously, submitting inaccurate ISRCs, UPCs and copyright-owner identifications.  Each of these acts was made pursuant to the agreement of the Defendants and in furtherance of their common scheme.

53.    Under 17 U.S.C. § 1203(c)(3), DFSB Kollective is entitled to statutory damages for a sum of not less than $2,500 or more than $25,000 for each violation

1   of 17 U.S.C. § 1202.

2       54.    Under 17 U.S.C. § 1203(c)(4), DFSB Kollective should receive treble

3   damages because Defendants violated 17 U.S.C. §1202 within three years after a

4   final judgment was entered against Defendants for other such violations.

5       55.    DFSB Kollective is entitled to its costs, including reasonable attorney's

6   fees, pursuant to 17 U.S.C. § 1203(b).

7                        **PRAYER FOR RELIEF**

8       WHEREFORE, DFSB Kollective asks this Court for judgment against

9   Defendants jointly and severally as follows:

10       1.    On Count I:

11         a.    For maximum statutory damages in the amount of $150,000 with

12   respect to each copyrighted work infringed, or such other amounts as may be proper

13   pursuant to 17 U.S.C. § 504(c).  Alternatively, DFSB Kollective, at its election, is

14   entitled to damages pursuant to 17 U.S.C. § 504(b) for each separate infringement.

15         b.    For preliminary and permanent injunctions enjoining Defendants

16   and all persons acting in concert or participation with Defendants, from directly or

17   indirectly infringing in any manner any of DFSB Kollective's copyrights and

18   exclusive rights under copyrights for the works listed in Exhibit 1.

19         c.    For DFSB Kollective's costs in this action, including reasonable

20   attorney's fees, pursuant to 17 U.S.C. § 505.

21       2.    On Count II:

22         a.    For maximum statutory damages in the amount of $25,000 per

23   violation under 17 U.S.C. § 1202.

24         b.    For treble damages pursuant to 17 U.S.C. § 1203(c)(4).

25         c.    For DFSB Kollective's costs in this action, including reasonable

26   attorney's fees, pursuant to 17 U.S.C. § 1203(b).

27       3.    For all counts, that the Court award DFSB Kollective such other and

28   further relief as is just and proper.

1

## JURY DEMAND

2       DFSB Kollective demands a trial by jury on all issues so triable.

3   DATED:  March 6, 2015              BROWNE GEORGE ROSS LLP
                                        Eric M. George
4                                       Keith Wesley
                                        Andrew A. August
5                                       Jonathan Gottfried

6

7                                  By _____
                                           Jonathan Gottfried
8                                   Attorneys for Plaintiff
                                    DFSB Kollective Co., Ltd.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| Galaxy Express | 문 Door | Wild Days | PA0001681363 |
| Galaxy Express | 난 아무것도 아닌데 I'm Nothing | Wild Days | PA0001681363 |
| Galaxy Express | 진짜 니를 원해 You Want It Real | Wild Days | PA0001681363 |
| Galaxy Express | Sharking | Wild Days | PA0001681363 |
| Galaxy Express | As Time Passes, Always Been Good | Wild Days | PA0001681363 |
| Galaxy Express | 하우스 오브 삐인 House of F*ckups | Wild Days | PA0001681363 |
| Galaxy Express | 피리소리 Sound of Piri | Wild Days | PA0001681363 |
| Galaxy Express | Reggae Chicken | Wild Days | PA0001681363 |
| Galaxy Express | Love Is | Wild Days | PA0001681363 |
| Galaxy Express | 혜이맞춰줄 Say What You Want | Wild Days | PA0001681363 |
| Galaxy Express | 요즘 개들은 짖지 않는다 Dogs These Days Do | Wild Days | PA0001681363 |
| Galaxy Express | 매일매일 Everyday | Wild Days | PA0001681363 |
| Galaxy Express | 빗속의 여인 Lady of the Rainy Day | Wild Days | PA0001681363 |
| Galaxy Express | 꿈의 그림자 Dream Shadow | Wild Days | PA0001681363 |
| Galaxy Express | Arkadia | Wild Days | PA0001681363 |
| Galaxy Express | Reverse | Wild Days | PA0001681363 |
| Galaxy Express | 떠나는 날 Departure | Wild Days | PA0001681363 |
| Galaxy Express | 나의 지구를 지켜줘 Save My World | Wild Days | PA0001681363 |
| Galaxy Express | Jungle The Black (노래방 Karaoke Version) | Wild Days | PA0001681363 |
| Galaxy Express | 홀로 이렇게 Alone Like This (Kim Hee Kwon V | Wild Days | PA0001681363 |
| Chang Kiha | 싸구려 커피 Cheap Coffee | 싸구려 커피 Cheap Coffee - EP | PA0001673489 |
| Chang Kiha & The Fac | 싸구려 커피 Cheap Coffee | 싸구려 커피 Cheap Coffee - EP | PA0001673489 |
| Chang Kiha & The Fac | 느리게 걷자 Let's Walk Slowly | 싸구려 커피 Cheap Coffee - EP | PA0001673489 |
| Chang Kiha & The Fac | 정말 없었는지 Really Not There | 싸구려 커피 Cheap Coffee - EP | PA0001673489 |
| Chang Kiha & The Fac | 나와 Come Out | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 아무것도 없잖아 Absolutely Nothing | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 오늘도 무사히 Have a Safe Day | 없이 산다 Living the Nothing Special | PA0001673480 |

1

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| Chang Kiha & The Fac | 정말 없었는지 Really Not There | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 삼거리에서 만난 사람 Connection at the Three | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 말하리 가는 길 On the Way to Say | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 나를 받아주오 Accept Me | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 그 남자 왜 Why That Guy | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 막살 한번 잡혀 집히 시나다 Shall I Grab Your Throat | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 싸구려 커피 Cheap Coffee | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 달이 차오른다, 가자 The Moon Is Full, Let's G | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 느리게 걷자 Let's Walk Slowly | 없이 산다 Living the Nothing Special | PA0001673480 |
| Chang Kiha & The Fac | 별일 없이 산다 Living the Nothing Special Life | 없이 산다 Living the Nothing Special | PA0001673480 |
| Cocore | 아무래도 Born to Be Bad | Odor | PA0001673405 |
| Cocore | Love Song | Odor | PA0001673405 |
| Cocore | 검은새 Black Bird | Odor | PA0001673405 |
| Cocore | Disco Queen | Odor | PA0001673405 |
| Cocore | 4월 April | Odor | PA0001673405 |
| Cocore | Ethyl Alcohol | Odor | PA0001673405 |
| Cocore | 돼지우화 Fable of the Pig | Odor | PA0001673405 |
| Cocore | 잠수 Diving | Odor | PA0001673405 |
| Cocore | 비 오는 밤 Raining Night | Odor | PA0001673405 |
| Cocore | 유체이탈 Out of Body Experience | Relax | PA0001673408 |
| Cocore | 뱃놀이 타령 Boating Folk Song | Relax | PA0001673408 |
| Cocore | 해야 Dear Sun | Relax | PA0001673408 |
| Cocore | 황금연못 Golden Pond | Relax | PA0001673408 |
| Cocore | 사랑은 황홀경 Ecstatic Love | Relax | PA0001673408 |
| Cocore | Move Yo Ass | Relax | PA0001673408 |
| Cocore | Here Comes the Wave | Relax | PA0001673408 |

2

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| Cocore | Permanent Vacation | Relax | PA0001673408 |
| Cocore | 타이페이 부중력 하천특급 Taipei Zero Gravit | Relax | PA0001673408 |
| Cocore | Hawaii | Relax | PA0001673408 |
| Cocore | Listen-Repeat | Relax | PA0001673408 |
| Cocore | 주기도문 The Lord's Prayer | Relax | PA0001673408 |
| Cocore | 귀향 Returning Home | Relax | PA0001673408 |
| Cocore | Hidden Track | Relax | PA0001673408 |
| Crying Nut | 서커스 매직 유랑단 Circus Magic Clowns | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 신기한 노래 Funny Song | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 강변에 서다 Stand On the Riverside | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 메뚜기 Grasshopper | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 다죽자 All Die | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 더러운 도시 Dirty City | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 군바리 Soldier 230 | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 탈출기 (바람의 제국을 넘어...) Escape (Over t | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 벗어 Take It Off | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 브로드웨이 Broadway AM03:00 | Circus Magic Clowns | PA0001673487 |
| Crying Nut | S.F (Science Fiction) | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 빨대맨 Straw Man | Circus Magic Clowns | PA0001673487 |
| Crying Nut | 게릴라성 집중호우 Guerrilla Rainstorm | Circus Magic Clowns | PA0001673487 |
| Crying Nut | OK 목장의 젖소 Milk Cattle at the OK Corral | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 룩셈부르크 Luxembourg | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 부딪쳐 Smash It | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 명동콜링 Myeong-dong Calling | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 마시자 Let's Drink | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 유원지의 밤 A Night at the Amusement Park | Milk Cattle at the OK Corral | PA0001673486 |

3

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| Crying Nut | 뜨거운 안녕 Burning Goodbye | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 물밑의 속삭임 Whisper Under the Water (feat. | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 백수일기 Diary of the Jobless | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 세 Bird | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | My World | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 순이 우주로 Sooni Heading to the Cosmos | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 오줌싸개 Bed-Wetting Generation | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 한낮의 꿈 Daydream | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 감옥으로 부터의 사색 Meditation from Prison | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 튼튼이의 모험 The Adventures of the Strong | Milk Cattle at the OK Corral | PA0001673486 |
| Crying Nut | 이소룡을 찾아랏!! Find Bruce Lee!! | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 만성피로 Chronic Fatigue | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 밤이 깊었네 Oh! What a Shiny Night | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 지독한 노래 Vicious Song | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 붉은 방 Red Room | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 양귀비 The Poppy | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 웃기지도 않는 이야기 Not Funny Story | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 금환식 Annular Eclipse | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 하니 Honey | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 불놀이 Fireworks | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 코미디의 왕 The King of Comedy | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 하수구 Sinkhole | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 몰랐어 No Clue | Poor Hand Love Song | PA0001673506 |
| Crying Nut | 고물 라디오 The Secondhand Radio | Secondhand Radio | PA0001673436 |
| Crying Nut | 립샷 Offside Deathblow Offside | Secondhand Radio | PA0001673436 |
| Crying Nut | 너구리 Raccoon | Secondhand Radio | PA0001673436 |

4

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| Crying Nut | 퀵서비스맨 Quick Service Man | Secondhand Radio | PA0001673436 |
| Crying Nut | 소크라테스클럽 Socrates Club | Secondhand Radio | PA0001673436 |
| Crying Nut | 오드리 Audrey | Secondhand Radio | PA0001673436 |
| Crying Nut | 황금마차 Golden Wagon | Secondhand Radio | PA0001673436 |
| Crying Nut | 사망가 Death Song | Secondhand Radio | PA0001673436 |
| Crying Nut | 타이거 당혜!! WTF Tiger | Secondhand Radio | PA0001673436 |
| Crying Nut | Oh My 007 | Secondhand Radio | PA0001673436 |
| Crying Nut | 양치기 소년의 양혜 일기 Shepherd's Logbook | Secondhand Radio | PA0001673436 |
| Crying Nut | 개가 말하네 Dog Talks | Secondhand Radio | PA0001673436 |
| Crying Nut | 불꽃놀이 Fireworks | Secondhand Radio | PA0001673436 |
| Crying Nut | 백구두 White Shoes | Secondhand Radio | PA0001673436 |
| Crying Nut | 귀따라미 별곡 Cricket Tune | Secondhand Radio | PA0001673436 |
| Crying Nut | 묘비명 Epitaph | Speed Up Losers | PA0001673504 |
| Crying Nut | 갈매기 Seagull | Speed Up Losers | PA0001673504 |
| Crying Nut | 달려라 Speed Up Losers | Speed Up Losers | PA0001673504 |
| Crying Nut | 접속 Contact | Speed Up Losers | PA0001673504 |
| Crying Nut | 파랑새 Blue Bird | Speed Up Losers | PA0001673504 |
| Crying Nut | 검은새 Black Bird | Speed Up Losers | PA0001673504 |
| Crying Nut | 펑크걸 Punk Girl | Speed Up Losers | PA0001673504 |
| Crying Nut | 요람을 흔드는 돈 The Money That Rocks the C | Speed Up Losers | PA0001673504 |
| Crying Nut | 뻬때기 Chrysalises | Speed Up Losers | PA0001673504 |
| Crying Nut | 안웃겨 So Not Funny | Speed Up Losers | PA0001673504 |
| Crying Nut | 성냥팔이 소녀 Matchstick Girl | Speed Up Losers | PA0001673504 |
| Crying Nut | 허리케인 Hurricane | Speed Up Losers | PA0001673504 |
| Crying Nut | 싸나이 Tough Guy | Speed Up Losers | PA0001673504 |
| Crying Nut | Crying Nut Song | Uncomfortable Party | PA0001673507 |

5

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| Crying Nut | 좌한여이 Good Boy | Uncomfortable Party | PA0001673507 |
| Crying Nut | 불편한 파티 Uncomfortable Party | Uncomfortable Party | PA0001673507 |
| Crying Nut | Luna | Uncomfortable Party | PA0001673507 |
| Crying Nut | 만취 친국 Drunken Paradise | Uncomfortable Party | PA0001673507 |
| Crying Nut | 비둘기 Dove | Uncomfortable Party | PA0001673507 |
| Crying Nut | 귀신은 뭐하나 Ghost MIA | Uncomfortable Party | PA0001673507 |
| Crying Nut | Wake Up | Uncomfortable Party | PA0001673507 |
| Crying Nut | 가친다 Leave | Uncomfortable Party | PA0001673507 |
| Crying Nut | 가배볼이 Coffee Story | Uncomfortable Party | PA0001673507 |
| Crying Nut | Rose Bang | Uncomfortable Party | PA0001673507 |
| Crying Nut | 빈자리 Vacancy | Uncomfortable Party | PA0001673507 |
| Crying Nut | 행일축하 Happy Birthday | Uncomfortable Party | PA0001673507 |
| Crying Nut | Gold Rush | Uncomfortable Party | PA0001673507 |
| Demicat | Swingin' With a Cat | Acceptable Range | PA0001673393 |
| Demicat | Walkin' on the Moist Note | Acceptable Range | PA0001673393 |
| Demicat | Strange Romance | Acceptable Range | PA0001673393 |
| Demicat | After Long Night | Acceptable Range | PA0001673393 |
| Demicat | Glow Enclosure | Acceptable Range | PA0001673393 |
| Demicat | Last Train (At Last 12 Remix) | Acceptable Range | PA0001673393 |
| Demicat | Bumpin' With a Cat | Acceptable Range | PA0001673393 |
| Demicat | Chemical Thang (Feat. 태원 Taewan) | Acceptable Range | PA0001673393 |
| Demicat | Finicky Billie's Funk | Acceptable Range | PA0001673393 |
| Demicat | No Botherings (feat. 최 금비 Choi Guembi) | Acceptable Range | PA0001673393 |
| Demicat | Night and Day | Acceptable Range | PA0001673393 |
| Demicat | Chasin' Traces | Acceptable Range | PA0001673393 |
| Demicat | Strange Romance (Radio Edit) | Acceptable Range | PA0001673393 |

6

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| DJ DOC | Intro (아신상담 Sustained Determination and Pe | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 비,愛 Rainy Love (Acoustic Version) | The Life...DOC Blues | PA0001673501 |
| DJ DOC | L.I.E | The Life...DOC Blues | PA0001673501 |
| DJ DOC | Nuclear Lunch the Detect | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 포조리 Five-O | The Life...DOC Blues | PA0001673501 |
| DJ DOC | Boogie Night | The Life...DOC Blues | PA0001673501 |
| DJ DOC | Run to You | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 기다리고 있어 I'm Waiting | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 아무도 모르게 Let Nobody Know | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 사랑을 아직도 난 I Don't Know Love | The Life...DOC Blues | PA0001673501 |
| DJ DOC | Someday | The Life...DOC Blues | PA0001673501 |
| DJ DOC | D.O.C Blues | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 부익부 빈익빈 The Rich Get Richer and the Poo | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 알쏭달쏭 Vague | The Life...DOC Blues | PA0001673501 |
| DJ DOC | Analog | The Life...DOC Blues | PA0001673501 |
| DJ DOC | Alive | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 비,愛 Rainy Love | The Life...DOC Blues | PA0001673501 |
| DJ DOC | 삐걱삐걱 Creak Creak (Clean Version) | Creak Creak | PA0001674070 |
| DJ DOC | 가버려 Go Away | Creak Creak | PA0001674070 |
| DJ DOC | 해변으로 가요 Let's Go to the Beach (Pt. 2) | Creak Creak | PA0001674070 |
| DJ DOC | 거짓말이야 It's All Lies (Radio Version) | Creak Creak | PA0001674070 |
| DJ DOC | Every Body (Club Version) | Creak Creak | PA0001674070 |
| DJ DOC | 무아지경 Complete Absence of Ego | Creak Creak | PA0001674070 |
| DJ DOC | DOC와 춤을 ... Dance with DOC | Creak Creak | PA0001674070 |
| DJ DOC | 찰뚱일기 Idiot's Diary | Creak Creak | PA0001674070 |
| DJ DOC | Seoul Train | Creak Creak | PA0001674070 |

7

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| DJ DOC | Scratch Family | Creak Creak | PA0001674070 |
| DJ DOC | 5분 대기조 5 Minute Standby | Creak Creak | PA0001674070 |
| DJ DOC | 미안해 I'm Sorry | Creak Creak | PA0001674070 |
| DJ DOC | 모르잖아? Don't You Know? | Creak Creak | PA0001674070 |
| DJ DOC | 뱃놀이 Boat Song | Creak Creak | PA0001674070 |
| DJ DOC | 마음대로 해 Do What You Wanna Do | Creak Creak | PA0001674070 |
| DJ DOC | 삐걱삐걱 Creak Creak (Instrument) | Creak Creak | PA0001674070 |
| DJ DOC | Outro | Creak Creak | PA0001674070 |
| Dok2 | I'm Back | Thunderground | PA0001673478 |
| Dok2 | You Don't Know | Thunderground | PA0001673478 |
| Dok2 | It's Me (feat. 주영 Joo Young) | Thunderground | PA0001673478 |
| Dok2 | Beyond | Thunderground | PA0001673478 |
| Dok2 | 훔쳐 Rob It (feat. Double K) | Thunderground | PA0001673478 |
| Dok2 | 64% (feat. Beatbox DG) | Thunderground | PA0001673478 |
| Dok2 | 마지막 Last (feat. Mr.Gordo) | Thunderground | PA0001673478 |
| Dok2 | It's Me (feat. Epik High & MYK) | Thunderground | PA0001673478 |
| EE [Total Art] | EEntro | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | 눈코입귀 Eyes, Nose, Mouth, Ears | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | 가요 Gayo | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | 기억속의 하이칼라 High Coller | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | Same Same | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | Boy | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | Xasquatch | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | Mamie | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | 2:22:22 | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | Curiosity Kills (Original Version) | Imperfect, I'mperfect | PA0001667853 |

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| EE [Total Art] | Monkey Defense (Original Version) | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | Curiosity Kills (Reno Remix) | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | Monkey Defense (UJN Remix) | Imperfect, I'mperfect | PA0001667853 |
| EE [Total Art] | Quit | Imperfect, I'mperfect | PA0001667853 |
| Sister's Barbershop | 가장 보통의 존재 Most Ordinary Existence | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 너는 약탈자가 되어가고 있는가? Are You Turning | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 아름다운 것 Beautiful Thing | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 작은 마음 Tiny Heart | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 의외의 사실 Unexpected Truth | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 알리바이 Alibi | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 100년 동안의 진실 The Truth Over 100 Years | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 인생은 금물 Life Is a Taboo | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 나는 I Am | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 산들산들 Gently, Gently | Most Ordinary Existence | PA0001673513 |
| Sister's Barbershop | 아름다운 것 Beautiful Thing (Radio Edit) | Most Ordinary Existence | PA0001673513 |
| Plastic People | 사거리의 연가 Crossroads Love Song (Intro) | Folk Ya | PA0001676512 |
| Plastic People | 꽁항남녀 Airport Boy and Girl | Folk Ya | PA0001676512 |
| Plastic People | 두근거림 Pounding | Folk Ya | PA0001676512 |
| Plastic People | Tomorrow Tomorrow | Folk Ya | PA0001676512 |
| Plastic People | Morning After | Folk Ya | PA0001676512 |
| Plastic People | 수도국산 Sudoguksan | Folk Ya | PA0001676512 |
| Plastic People | 겨울의 선율 Winter Melody | Folk Ya | PA0001676512 |
| Plastic People | 둥지 Nest | Folk Ya | PA0001676512 |
| Plastic People | 구름따라 Following the Cloud | Folk Ya | PA0001676512 |
| Plastic People | 달이 그리는 마을 Village That the Moon Draws | Folk Ya | PA0001676512 |
| Plastic People | Chinatown | Folk Ya | PA0001676512 |

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| Plastic People | 여름의 끝 End of Summer | Folk Ya | PA0001676512 |
| Plastic People | Christmas | Folk Ya | PA0001676512 |
| Plastic People | 기우제 Prayer for Rain | Folk Ya | PA0001676512 |
| Plastic People | 그늘에 서서 Standing in the Shade | Snap | PA0001673410 |
| Plastic People | 우리들의 여름 Our Summer | Snap | PA0001673410 |
| Plastic People | 여기 저기 Here and There | Snap | PA0001673410 |
| Plastic People | 고대하던 일요일 How Soon Is Sunday | Snap | PA0001673410 |
| Plastic People | 커피와 담배 Coffee and Cigarettes | Snap | PA0001673410 |
| Plastic People | 구름게으름민요 Lazy Cloud Folk Song | Snap | PA0001673410 |
| Plastic People | 그래 Indeed | Snap | PA0001673410 |
| Plastic People | 노래하는 달 Singing Moon | Snap | PA0001673410 |
| Plastic People | 비상 Fly High | Snap | PA0001673410 |
| Plastic People | 역사 History | Snap | PA0001673410 |
| Plastic People | 흑백사진 Black & White Photo | Snap | PA0001673410 |
| No Brain | Intro | That's Youth | PA0001673491 |
| No Brain | Make It Big | That's Youth | PA0001673491 |
| No Brain | 그것이 젊음 That's Youth | That's Youth | PA0001673491 |
| No Brain | Come On! 마산 스트리트야! Come On! Masan | That's Youth | PA0001673491 |
| No Brain | 한밤의 무곡 Midnight Music | That's Youth | PA0001673491 |
| No Brain | 웃으니까 얼라나 좋아 Laughter Is Good for Yo | That's Youth | PA0001673491 |
| No Brain | Rockit Rocket | That's Youth | PA0001673491 |
| No Brain | 용과 같이 Like a Dragon | That's Youth | PA0001673491 |
| No Brain | 사라지간 나의 별이여 My Fading Star | That's Youth | PA0001673491 |
| No Brain | 탈옥 Jailbreak (feat. Dokyo) | That's Youth | PA0001673491 |
| No Brain | 검은 날개 Black Wing | That's Youth | PA0001673491 |
| No Brain | Go! Go! Go! | That's Youth | PA0001673491 |

10

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| No Brain | No Idea | That's Youth | PA0001673491 |
| No Brain | 내일로 내일로 Tomorrow Tomorrow (feat. Koo | That's Youth | PA0001673491 |
| No Brain | 고마워 친구 Thank You, My Friend | That's Youth | PA0001673491 |
| 99 Anger | It's Not My Problem | Vol.2 | PA0001673426 |
| 99 Anger | The Question : How You Use It | Vol.2 | PA0001673426 |
| 99 Anger | The Answer | Vol.2 | PA0001673426 |
| 99 Anger | Realistic = Unrealistic | Vol.2 | PA0001673426 |
| 99 Anger | Stolen Home | Vol.2 | PA0001673426 |
| 99 Anger | Music Brings Me Here | Vol.2 | PA0001673426 |
| 99 Anger | Can I Have You Without Having You | Vol.2 | PA0001673426 |
| 99 Anger | You, the Enemy | Vol.2 | PA0001673426 |
| 99 Anger | Friends You've Killed | Vol.2 | PA0001673426 |
| 99 Anger | Sick and Tired | Vol.2 | PA0001673426 |
| Huckleberry Finn | Time | Olympio Star | PA0001673505 |
| Huckleberry Finn | I Know | Olympio Star | PA0001673505 |
| Huckleberry Finn | 물고기 Fish | Olympio Star | PA0001673505 |
| Huckleberry Finn | 인 Kate | Olympio Star | PA0001673505 |
| Huckleberry Finn | Hey Come | Olympio Star | PA0001673505 |
| Huckleberry Finn | 불안한 영혼 Anxious Soul | Olympio Star | PA0001673505 |
| Huckleberry Finn | K | Olympio Star | PA0001673505 |
| Huckleberry Finn | 올림피오의 별 Olympio Star | Olympio Star | PA0001673505 |
| Huckleberry Finn | 춤추는 고양이 Dancing Cat | Olympio Star | PA0001673505 |
| Huckleberry Finn | 민요 Folk Song | Olympio Star | PA0001673505 |
| Huckleberry Finn | 자폐 Autism | Olympio Star | PA0001673505 |
| Swallow | Show | It | PA0001673488 |
| Swallow | 두 사람 Two People | It | PA0001673488 |

11

| Artist/Performer | Track | Album | U.S. Copyright Office Registration Number |
|---|---|---|---|
| Swallow | It | It | PA0001673488 |
| Swallow | The Giant | It | PA0001673488 |
| Swallow | 눈은다 Snow Falls | It | PA0001673488 |
| Swallow | Hey You | It | PA0001673488 |
| Swallow | 하루 Day | It | PA0001673488 |
| Swallow | 나는 고요하다 I'm Silent | It | PA0001673488 |
| Swallow | 비늘 Scale | It | PA0001673488 |
| Rhymebus | How Do You Want It (feat. 임정희 Lim Jeong-H | Get On The Bus | PA0001673514 |
| Rhymebus | I Like It | Get On The Bus | PA0001673514 |
| Rhymebus | Skit | Get On The Bus | PA0001673514 |
| Rhymebus | Love Game (feat. Nan-A) | Get On The Bus | PA0001673514 |
| Rhymebus | 조심해 Watch Out | Get On The Bus | PA0001673514 |
| Rhymebus | It's Over (feat. 이도식 Lee Do-Sa, Leo & J) | Get On The Bus | PA0001673514 |
| Rhymebus | Charming Girl | Get On The Bus | PA0001673514 |
| Rhymebus | Love Game (Remix) | Get On The Bus | PA0001673514 |
| Rhymebus | Where U At? | Get On The Bus | PA0001673514 |
| Rhymebus | All Eyez On Me | Get On The Bus | PA0001673514 |

# EXHIBIT 2

| Artist | Album Title | Track Titles | UPC | UPC Submitted by CJ E&M/ CJ E&M America | ISRC | ISRC Submitted by CJ E&M/ CJ E&M America |
|---|---|---|---|---|---|---|
| Rhymebus | Get On the Bus | How Do You Want It (feat. 임정희 Lim JeongHee) | | | KRA350800574 | KRA499811156 |
| Rhymebus | Get On the Bus | I Like It | | | KRA350800575 | KRA499811180 |
| Rhymebus | Get On the Bus | Skit | | | KRA350800576 | KRA499811772 |
| Rhymebus | Get On the Bus | Love Game (feat. Nan-A) | | | KRA350800577 | KRA499811402 |
| Rhymebus | Get On the Bus | 조심해 Watch Out | | | KRA350800581 | KRA499808892 |
| Rhymebus | Get On the Bus | It's Over (feat. 이도시 Lee DoSa, Leo & J) | 8809259900534 | 888675178183 | KRA350800582 | KRA499811280 |
| Rhymebus | Get On the Bus | Charming Girl | | | KRA350800585 | KRA499810826 |
| Rhymebus | Get On the Bus | Love Game (Remix) | | | KRA350800586 | KRA499811403 |
| Rhymebus | Get On the Bus | Where U At? | | | KRA350800587 | KRA499810657 |
| Rhymebus | Get On the Bus | All Eyez On Me | | | KRA350800588 | KRA499810697 |
| Swallow | It | Show | | | KRA350902267 | KRA490900587 |
| Swallow | It | 두 사람 Two People | | | KRA350902268 | KRA490900588 |
| Swallow | It | It | | | KRA350902269 | KRA490900589 |
| Swallow | It | The Giant | 8809259902446 | 8809231387032 | KRA350902270 | KRA490900590 |
| Swallow | It | 눈은다 Snow Falls | | | KRA350902271 | KRA490900591 |
| Swallow | It | Hey You | | | KRA350902272 | KRA490900592 |
| Swallow | It | 하루 Day | | | KRA350902273 | KRA490900593 |
| Swallow | It | 나는 고요하다 I'm Silent | | | KRA350902274 | KRA490900594 |
| Swallow | It | 비늘 Scale | | | KRA350902275 | KRA490900595 |

# EXHIBIT 3







1    No.1 ▶    가믹싀스 Rhyme Bus

2    How Do U Want It ▶    가믹싀스 Rhyme Bus

3    I Like It ▶    가믹싀스 Rhyme Bus

4    Skit ▶    가믹싀스 Rhyme Bus

5    Luv Game ▶    가믹싀스 Rhyme Bus

6    라이타를 켜라 (Turn The Lighter) ▶    가믹싀스 Rhyme Bus

7    가사김과 비트박의 인간스캥 (Gasakim And Beatpark's Humanity) ▶    가믹싀스 Rhyme Bus

8    독백 (Feat. 줌캅&옆퐀스) (Monologue) ▶    가믹싀스 Rhyme Bus

9    조심해 (Careful) ▶    가믹싀스 Rhyme Bus

10    It's Over ▶    가믹싀스 Rhyme Bus

11    Music Of My Life ▶    가믹싀스 Rhyme Bus

12    무궁화 꽃이 피었슈니다 (Mugoonghwa Flower Has Blossom) ▶    가믹싀스 Rhyme Bus

13    Charming Girl ▶    가믹싀스 Rhyme Bus

14    Luv Game (Remix Ver. ) ▶    가믹싀스 Rhyme Bus

15    (Hidden Track) Where U At ▶    가믹싀스 Rhyme Bus

16    All Eyez On Me ▶    가믹싀스 Rhyme Bus

