| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ERIC M. GEORGE, ESQ., Bar #166403<br>BROWNE GEORGE ROSS LLP<br>2121 AVENUE OF THE STARS<br>24TH FLOOR<br>LOS ANGELES, CA 90067<br>Telephone No: 310-274-7100    FAX No: 310-275-5697 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court For The Central District Of California |
| Plaintiff: DFSB KOLLECTIVE CO. LTD., A KOREAN CORPORATION |
| Defendant: CJ E&M, INC., A KOREAN CORPORATION, ET AL. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| | | | | 2:15-CV-01650-SVW (FFMx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; NOTICE OF ELECTRONIC FILING; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; CIVIL COVER SHEET.

3. a. Party served:        CJ E&M AMERICA, INC., A CALIFORNIA CORPORATION
   b. Person served:    MARK WILLIAM SHAW, REGISTERED AGENT AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    5700 WILSHIRE BLVD.
                                           SUITE 550
                                           LOS ANGELES, CA 90036

5. I served the party:
   b. **by substituted service**. On: Mon., Mar. 09, 2015 at: 3:33PM by leaving the copies with or in the presence of:
      JANE LEE, SECRETARY
      (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MOHAMMED RAFIQUZZAMAN              d. **The Fee** for Service was:

   First Legal
   1511 West Beverly Blvd.                e. I am: (3) registered California process server
   Los Angeles, CA 90026                      (i)    Independent Contractor
   Telephone  (213) 250-9111                  (ii)   Registration No.:    6600
   Fax        (213) 250-1197                  (iii)  County:              Los Angeles
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Mar. 10, 2015

                                                                                (MOHAMMED RAFIQUZZAMAN)

Judicial Council Form                            PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                                                        2699185 .erige.685590

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| ERIC M. GEORGE, ESQ., Bar #166403<br>BROWNE GEORGE ROSS LLP<br>2121 AVENUE OF THE STARS<br>24TH FLOOR<br>LOS ANGELES, CA  90067 | | | | | |
| Telephone No: 310-274-7100     FAX No: 310-275-5697 | | | | | |
| Attorney for: Plaintiff | | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California | | | | | |
| Plaintiff: DFSB KOLLECTIVE CO. LTD., A KOREAN CORPORATION | | | | | |
| Defendant: CJ E&M, INC., A KOREAN CORPORATION, ET AL. | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-01650-SVW (FFMx) | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; NOTICE OF ELECTRONIC FILING; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; CIVIL COVER SHEET.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:            Tue., Mar. 10, 2015
    b. Place of Mailing:           LOS ANGELES, CA  90026
    c. Addressed as follows:       CJ E&M AMERICA, INC., A CALIFORNIA CORPORATION
                                   5700 WILSHIRE BLVD.
                                   SUITE 550
                                   LOS ANGELES, CA  90036

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Mar. 10, 2015 in the ordinary course of business.

5. Person Serving:
    a. Thomas Tilcock
    b. FIRST LEGAL SUPPORT SERVICES
       1511 W. BEVERLY BLVD
       LOS ANGELES, CA  90026
    c. 213-250-9111
    d. **The Fee** for Service was:
    e. I am: Not a Registered California Process Server

    Recoverable Cost Per CCP 1033.5(a)(4)(B)

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Mar. 10, 2015

   (Thomas Tilcock)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

2619185   .erige.685590