Ekwan E. Rhow - State Bar No. 174604
    eer@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Defendant CJ E&M
AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation<br><br>Plaintiff,<br><br>vs.<br><br>CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation<br><br>Defendants. | CASE NO. 2:15-cv-01650-SVW-FFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: March 9, 2015<br>Current Response Date: March 30, 2015<br>New Response Date: May 29, 2015<br><br>Assigned to Hon. Stephen V. Wilson |

Plaintiff DFSB Kollective Co. Ltd. ("Plaintiff") and Defendant CJ E&M America, Inc. ("Defendant"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on March 6, 2015;

WHEREAS, Plaintiff properly served the Complaint on CJ E&M America, Inc. on March 9, 2015;

WHEREAS, CJ E&M America, Inc.'s date for responding to the Complaint is March 30, 2015;

WHEREAS, the parties have conferred regarding an extension for CJ E&M America, Inc. to answer or otherwise respond to the Complaint;

515742.1 2897618.1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

1  IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that
2  the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is
3  extended for a period of 60 days, through and including May 29, 2015;
4  THEREFORE, the parties respectfully request that this Court enter the
5  [Proposed] Order Extending Time to Respond attached hereto as Exhibit 1.

7  DATED:  March 27, 2015          Eric M. George
                                   Keith Wesley
8                                  Andrew A. August
                                   Jonathan Gottfried
9                                  BROWNE GEORGE ROSS LLP

11                                 By:   */s/ Jonathan Gottfried*
                                         Jonathan Gottfried
12                                       Attorneys for Plaintiff DFSB Kollective
                                         Co. Ltd.

14 DATED:  March 27, 2015          Ekwan E. Rhow
                                   BIRD, MARELLA, BOXER, WOLPERT,
15                                   NESSIM, DROOKS, LINCENBERG &
                                   RHOW. P.C.

18                                 By:   */s/ Ekwan E. Rhow*
                                         Ekwan E. Rhow
19                                       Attorneys for Defendant CJ E&M
                                         America. Inc.

21 Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

515742.1 2897618.1                       2
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**