UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-01650-SVW-FFM | Date | July 20, 2015 |
|---|---|---|---|
| Title | DFSB Kollective Co. Ltd vs. CJ E and M Inc et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Jonathan L Gottfried                              Ekwan E Rhow
                                                              Timothy B Yoo

**Proceedings:**   NEW CASE STATUS CONFERENCE

Status conference held.  The Court sets the following dates:

Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 22, 2016 at 3:00 p.m.
Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 1, 2016 at 9:00 a.m.

:  11

Initials of Preparer     PMC