BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
　egeorge@bgrfirm.com
Keith Wesley (State Bar No. 229276)
　kwesley@bgrfirm.com
Jonathan Gottfried (State Bar No. 282301)
　jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310)274-7100
Facsimile:  (310) 275-5697

Attorneys for Plaintiff
DFSB Kollective Co. Ltd.

Ekwan E. Rhow - State Bar No. 174604
　eer@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
　tby@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants CJ E&M, Inc.
and CJ E&M America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., | CASE NO. 2:15-cv-01650-SVW-FFM |
| Plaintiff, | **STIPULATION FOR PROTECTION OF CONFIDENTIAL INFORMATION AND [PROPOSED] PROTECTIVE ORDER** |
| vs. | |
| CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation, | Assigned to Hon. Stephen V. Wilson |
| Defendants. | |

564835.1

STIPULATION FOR PROTECTION OF CONFIDENTIAL INFORMATION AND [PROPOSED] PROTECTIVE ORDER

Plaintiff DFSB Kollective Co., Ltd. ("Plaintiff") and defendants CJ E&M, Inc. and CJ E&M America, Inc. (collectively, "Defendants" and together with Plaintiff, the "Parties") respectfully submit this stipulation pursuant to Federal Rule of Civil Procedure 26(c) to maintain the confidentiality of certain information and materials that will be exchanged between Parties.  In support of this stipulation, the Parties state as follows:

WHEREAS, the Parties possess proprietary, sensitive, and confidential materials that, if publicly disclosed, would cause substantial harm to both Parties;

WHEREAS, Plaintiff alleged in its Complaint that Defendants had infringed on Plaintiff's copyrights and had committed a violation of the Digital Millennium Copyright Act;

WHEREAS, it is likely that documents produced in this action will relate to the claims alleged in the Complaint;

WHEREAS, the categories of documents expected to be produced include documents related to: confidential internal communications, business negotiations, consumer information, sensitive financial data;

WHEREAS, the unprotected disclosure of this information could seriously and materially affect both parties' commercial interests, and unnecessarily expose them to competitive business harm;

WHEREAS, if for any reason the Court were to determine not to enter the attached proposed Stipulated Protective Order, the Parties agree to cooperate and work in good faith to submit a revised proposed protective order satisfactory and acceptable to the Court;

THEREFORE, the Parties respectfully request that the Court enter the attached proposed Stipulated Protective Order.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: October 5, 2015 | Eric M. George<br>Keith Wesley<br>Andrew A. August<br>Jonathan Gottfried<br>BROWNE GEORGE ROSS LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: ___/s/ Jonathan Gottfried_____<br>     Jonathan Gottfried |
| 6 | | Attorneys for Plaintiff DFSB Kollective Co. Ltd. |
| 7 | | |
| 8 | DATED: October 5, 2015 | Ekwan E. Rhow<br>Timothy B. Yoo<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks, Lincenberg & Rhow, P.C. |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | By: ___/s/ Timothy B. Yoo_____<br>     Timothy B. Yoo |
| 14 | | Attorneys for Defendant CJ E&M America, Inc. |

-3-

STIPULATION FOR PROTECTION OF CONFIDENTIAL INFORMATION AND [PROPOSED] PROTECTIVE ORDER

-4-

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Timothy B. Yoo, counsel for defendants, and that I have obtained their authorization to file this document.