Ekwan E. Rhow - State Bar No. 174604
    eer@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
    tby@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation<br><br>Plaintiff,<br><br>vs.<br><br>CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation<br><br>Defendants. | CASE NO. 2:15-cv-01650-SVW-FFM<br><br>**STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES**<br><br>Pretrial Conference: February 22, 2016<br>Trial Date: March 1, 2016<br><br>Assigned to Hon. Stephen V. Wilson |

    Plaintiff DFSB Kollective Co. Ltd. ("Plaintiff") and Defendants CJ E&M America, Inc. and CJ E&M Corporation ("Defendants"), by and through their respective counsel of record, stipulate as follows:

    WHEREAS, the Court on July 22, 2015 filed an order [Dkt. 32] setting a pretrial conference on February 22, 2016 with a jury trial starting on March 1, 2016;

    WHEREAS, the July 22, 2015 order did not set deadlines for exchanging initial or rebuttal expert witness reports;

    WHEREAS, under Rule 26 of the Federal Rules of Civil Procedures, the parties must make their expert disclosures at least 90 days before trial;

WHEREAS, the parties, having conferred, and since fact discovery is still ongoing, believe it prudent to have more time to disclose their expert witnesses:

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, that:

(1) The parties will exchange the identities of their respective experts by December 7, 2015.

(2) The parties will make further disclosures required by Rule 26(a)(2) of the Federal Rules of Civil Procedure by no later than January 4, 2016.

(3) The parties will further meet and confer regarding a mutually agreeable date to exchange expert rebuttal reports, which shall in no event be later than February 1, 2016.

The parties are not stipulating or seeking to change any other pretrial or trial dates at this time.

DATED: December 2, 2015

Eric M. George
Keith Wesley
Andrew A. August
Jonathan Gottfried
BROWNE GEORGE ROSS LLP

By: */s/ Jonathan Gottfried*
Jonathan Gottfried
Attorneys for Plaintiff DFSB Kollective Co. Ltd.

515742.13225576.1

2

**STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES**

| | | |
|---|---|---|
| 1 | DATED:  December 2, 2015 | Ekwan E. Rhow |
| 2 | | Timothy B. Yoo |
| | | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 3 | | |
| 4 | | |
| 5 | | By:    /s/ Timothy B. Yoo |
| | | Timothy B. Yoo |
| 6 | | Attorneys for Defendants CJ E&M America, Inc. & CJ E&M Corporation |
| 7 | | |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

515742.13225576.1

3

**STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES**