BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
Andrew A. August (State Bar No. 112851)
Jonathan L. Gottfried (State Bar No. 282301)
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LIM, RUGER & KIM, LLP
Bryan K. Sheldon (State Bar No.116219)
Lisa J. Yang (State Bar No. 208971)
1055 W. Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

Attorneys for Plaintiff
 DFSB Kollective Co. Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation, <br><br> Defendant. | Case No. 2:15-cv-01650-SVW-FFM <br> The Hon. Assigned to The Hon. Stephen V. Wilson <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** <br><br> Date Action Filed: March 6, 2015 <br> Jury Trial Date: March 1, 2016 |

{01028015}580675.1

TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that plaintiff DFSB Kollective Co., Ltd. ("Plaintiff") hereby associates Lim, Ruger & Kim, LLP as co-counsel of record for Plaintiff in the above entitled matter.  The address and telephone/fax numbers of Lim, Ruger & Kim, LLP and its handling attorneys are as follows:

>    Bryan K. Sheldon (Bryan.Sheldon@limruger.com)
>
>    Lisa J. Yang (Lisa.Yang@limruger.com)
>
>    1055 West Seventh Street, Suite 2800
>
>    Los Angeles, CA 90017
>
>    Telephone (213) 955-9500
>
>    Facsimile (213) 955-9511

Henceforth all briefs, notices and other documents pertaining to this matter should be served on both Browne George Ross, LLP and Lim, Ruger & Kim, LLP.

DATED:  December 3, 2015

BROWNE GEORGE ROSS LLP
Keith J. Wesley
Andrew A. August
Jonathan L. Gottfried

By   /s/ Jonathan Gottfried
Jonathan L. Gottfried
Attorneys for Plaintiff
DFSB Kollective Co. Ltd.

{01028015}580675.1

-1-

NOTICE OF ASSOCIATION OF COUNSEL

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On December 3, 2015, I served true copies of the following document(s) described as **NOTICE OF ASSOCIATION OF COUNSEL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 3, 2015, at Los Angeles, California.

/s/ Lynne Burns
Lynne Burns

{01028015}580675.1

NOTICE OF ASSOCIATION OF COUNSEL

# SERVICE LIST

*DFSB KOLLECTIVE, CO. LTD., v. CJ E&M, INC., et al.*
**USDC Case No. 2:15-cv-01650-SVW-FFM**

| | |
|---|---|
| Ekwan E. Rhow<br>Timothy B. Yoo<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile:  (310) 201-2110<br>eer@birdmarella.com<br>tby@birdmarella.com | Attorneys for Defendants<br>CJ E&M, Inc. and<br>CJ E&M America, Inc. |

{01028015}580675.1

NOTICE OF ASSOCIATION OF COUNSEL