FILED
CLERK, U.S. DISTRICT COURT

Dec 8, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PMC _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation<br><br>Plaintiff,<br><br>vs.<br><br>CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation<br><br>Defendants. | CASE NO. 2:15-cv-01650-SVW-FFM<br><br>[PROPOSED] ORDER EXTENDING TIME FOR EXPERT DISCLOSURES<br><br>Pretrial Conference: February 22, 2016<br>Trial Date: March 1, 2016<br><br>Assigned to Hon. Stephen V. Wilson |

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

(1) The parties will exchange the identifies of their respective expert witnesses by December 7, 2015;

(2) The parties will make further disclosures required by Rule 26(a)(2) of the Federal Rules of Civil Procedure by no later than January 4, 2016.

(3) The parties will further meet and confer regarding a mutually agreeable date to exchange expert rebuttal reports, which shall in no event be later than February 1, 2016.

DATED: _____December 8_____, 2015

_____
Hon. Stephen V. Wilson
United States District Judge