BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
Andrew A. August (State Bar No. 112851)
Jonathan L. Gottfried (State Bar No. 282301)
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LIM, RUGER & KIM, LLP
Bryan K. Sheldon (State Bar No.116219)
Lisa J. Yang (State Bar No. 208971)
1055 W. Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

Attorneys for Plaintiff
DFSB Kollective Co. Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 2:15-cv-01650-SVW-FFM<br><br>**DISCOVERY MATTER:**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO REMOVE BLANKET DESIGNATION OF PRODUCTION AS "HIGHLY CONFIDENTIAL" AND FOR FEES & COSTS INCURRED IN BRINGING THIS MOTION**<br><br>Magistrate: Hon. Frederick Mumm<br>Date: January 12, 2016<br>Time: 10:00 a.m.<br>Crtrm.: 580<br><br>Pre-Trial Conference: Feb. 22, 2016<br>Trial Date: March 1, 2016<br>Discovery Cut-Off Date: Feb. 1, 2016 |

581275.1

NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO REMOVE BLANKET DESIGNATION
OF PRODUCTION AS "HIGHLY CONFIDENTIAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 37, and Local Rule 37-1, on January 12, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Frederick F. Mumm in Courtroom 580, of the above-captioned court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff DFSB Kollective Co. Ltd. will and hereby does move for an Order to: (1) compel the re-designation of defendants' document production to, at most, "confidential" within three days of the Court's ruling, and (2) for fees and costs associated with this motion in the amount of $3,000.

The Motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, the Declaration of Jonathan Gottfried, and exhibits thereto, and on such other and further matters as the Court may consider at or before the hearing on the Motion.

Pursuant to Local Rule 37-1 the Joint Stipulation was prepared following the parties' conference of counsel, which initially took place on November 9, 2015.

DATED: December 17, 2015

Keith Wesley
Andrew A. August
Jonathan Gottfried
BROWNE GEORGE ROSS LLP

Bryan K. Sheldon
Lisa J. Yang
LIM. RUGER & KIM. LLP


By:   /s/ Jonathan Gottfried
      Jonathan Gottfried
      Attorneys for Plaintiff DFSB Kollective Co. Ltd.

581275.1

-1-

NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO REMOVE BLANKET DESIGNATION OF PRODUCTION AS "HIGHLY CONFIDENTIAL

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On December 17, 2015, I served true copies of the following document(s) described as **DISCOVERY MATTER: NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO REMOVE BLANKET DESIGNATION OF PRODUCTION AS "HIGHLY CONFIDENTIAL" AND FOR FEES & COSTS INCURRED IN BRINGING THIS MOTION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 17, 2015, at Los Angeles, California.

/s/ Lynne Burns
Lynne Burns

581275.1

# SERVICE LIST

### *DFSB KOLLECTIVE, CO. LTD., v. CJ E&M, INC., et al.*
### USDC Case No. 2:15-cv-01650-SVW-FFM

| | |
|---|---|
| Ekwan E. Rhow<br>Timothy B. Yoo<br>BIRD, MARELLA, BOXER, WOLPERT,<br>    NESSIM, DROOKS, LINCENBERG &<br>    RHOW, P.C<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile:  (310) 201-2110<br>eer@birdmarella.com<br>tby@birdmarella.com | Attorneys for Defendants<br>CJ E&M, Inc. and<br>CJ E&M America, Inc. |

581275.1

NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO REMOVE BLANKET DESIGNATION
OF PRODUCTION AS "HIGHLY CONFIDENTIAL