Ekwan E. Rhow - State Bar No. 174604
    eer@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
    tby@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants CJ E&M
Corporation and CJ E&M America, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation, <br><br> Defendants. | CASE NO. 2:15-cv-01650-SVW-FFM <br><br> **DEFENDANTS' APPLICATION TO FILE VARIOUS DOCUMENTS UNDER SEAL** <br><br> [Proposed Order Filed Concurrently] <br><br> Crtrm.: 6 <br><br> Assigned to Hon. Stephen V. Wilson |

Pursuant to Local Rule 79-5 and the Protective Order entered by the Court in this action (Dkt. No. 34), Defendants CJ E&M Corporation and CJ E&M America, Inc. ("Defendants") submit this application to file various documents in connection with their Motion to Dismiss Plaintiff's Complaint Based on *Forum Non Conveniens* ("FNC Motion") under seal, including:

- The Declaration of Timothy B. Yoo In Support of the FNC Motion ("Yoo Declaration ISO FNC Motion") and confidential Exhibits A and C as well as portions of Exhibit J thereto; and

- Portions of the Memorandum of Points and Authorities In Support of the FNC Motion referencing the above confidential exhibits.

The Protective Order in this case permits a party to designate materials as

3231476.2

"Confidential" or "Confidential – Attorneys' Eyes Only" or "Confidential – AEO." (Dkt. No. 34, ¶ 5.4)

The proposed redacted documents have been designated as "Confidential" or "Attorneys' Eyes Only" by other parties (Exhibit A to the Yoo Declaration ISO FNC Motion was designated "Confidential" by Beats Music, a non-party, Exhibit C to the Yoo Declaration ISO FNC Motion was designated "Confidential" by Plaintiff DFSB Kollective Co. Ltd. ("Plaintiff"), and portions of Exhibit J to the Yoo Declaration ISO FNC Motion were designated "Attorneys' Eyes Only" by Plaintiff).

To be sure, the burden to justify the "Confidential" or "Attorneys' Eyes Only" designation falls on the designating parties. Defendants seek only to comply with the Protective Order which governs the use and disclosure of protected material. (Dkt. No. 34, ¶ 7)

Accordingly, Defendants request that the Court grant this application and order that the foregoing documents be filed under seal.

Redacted versions of the documents are attached hereto.

DATED: December 28, 2015

Ekwan E. Rhow
Timothy B. Yoo
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:    /s/ *Timothy Yoo*
      Timothy B. Yoo
Attorneys for Defendant CJ E&M
Corporation and CJ E&M America, Inc.