FILED
CLERK, U.S. DISTRICT COURT

Dec 30, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation, <br><br> Defendants. | CASE NO. 2:15-cv-01650-SVW-FFM <br><br> **ORDER GRANTING DEFENDANTS' APPLICATION TO FILE VARIOUS DOCUMENTS UNDER SEAL** <br><br> Crtrm.: 6 <br><br> Assigned to Hon. Stephen V. Wilson |

### ORDER

IT IS HEREBY ORDERED that Defendants' Application to File Various Documents Under Seal is GRANTED.  The Clerk of the Court shall file the following documents or portions of documents under seal and prohibit public access thereto through the ECF system:

- The Declaration of Timothy B. Yoo In Support of Defendants' Motion to Dismiss Plaintiff's Complaint ("Yoo Declaration ISO FNC Motion");

/ / /

/ / /

- Exhibits A and C in their entirety and page 14, lines 3-7 of Exhibit J to the Yoo Declaration ISO FNC Motion;
- The Memorandum of Points and Authorities In Support of the FNC Motion referencing the above confidential exhibits.

DATED: December 30, 2015

_____
Honorable Stephen V. Wilson
United States District Court Judge