BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Keith Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Andrew A. August (State Bar No. 109741)
  aaugust@bgrfirm.com
Jonathan Gottfried (State Bar No. 282301)
  jgottfried@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel 310.274.7100  --  Fax 310.275.5697

Attorneys for Plaintiff
DFSB Kollective Co. Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation<br><br>Plaintiff,<br><br>vs.<br><br>CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation<br><br>Defendants. | CASE NO. 2:15-cv-01650-SVW-FFM<br><br>**STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES**<br><br>Pretrial Conference: February 22, 2016<br>Trial Date: March 1, 2016<br><br>Assigned to Hon. Stephen V. Wilson |

Plaintiff DFSB Kollective Co. Ltd. ("Plaintiff") and Defendants CJ E&M America, Inc. and CJ E&M Corporation ("Defendants"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, the Court on July 22, 2015 filed an order (Dkt. 32) setting a pretrial conference on February 22, 2016 with a jury trial starting on March 1, 2016;

WHEREAS, under Rule 26 of the Federal Rules of Civil Procedures, the parties must make their expert disclosures at least 90 days before trial;

588040.1 3225576.1

**STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES**

1  WHEREAS, on December 8, 2015—and pursuant to a request by the parties—the Court ordered that: (1) the parties would exchange identities of expert witnesses by December 7, 2015, (2) further disclosures required by Rule 26(a)(2) would be made by January 4, 2016, and (3) expert rebuttal reports would be exchanged by February 1, 2016 (Dkt. No. 38);

WHEREAS, the parties exchanged identities of expert witnesses by December 7, but seek additional time to complete disclosures required by Rule 26(a)(2) in light of additional fact discovery;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, that the parties will complete expert disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by no later than January 11, 2016. As previously ordered by the Court, expert rebuttal reports would be exchanged by February 1, 2016.

The parties are not stipulating or seeking to change any other pretrial or trial dates at this time.

DATED: December 30, 2015          Eric M. George
                                  Keith Wesley
                                  Andrew A. August
                                  Jonathan Gottfried
                                  BROWNE GEORGE ROSS LLP


                                  By:  /s/ Jonathan Gottfried
                                       Jonathan Gottfried
                                       Attorneys for Plaintiff DFSB Kollective
                                       Co. Ltd.

1  DATED: December 30, 2015         Ekwan E. Rhow
                                    Timothy B. Yoo
2                                   BIRD, MARELLA, BOXER, WOLPERT,
                                      NESSIM, DROOKS, LINCENBERG &
3                                   RHOW. P.C.

4

5                                   By:   /s/ Timothy Yoo
                                          Timothy B. Yoo
6                                         Attorneys for Defendants CJ E&M
                                          America, Inc. & CJ E&M Corporation
7

8  Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all the other signatories listed, and on whose behalf this filing is submitted, concur in the
9  filing's content and have authorized the filing.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

588040.1 3225576.1                        3
                    **STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On December 30, 2015, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 30, 2015, at Los Angeles, California.

/s/ Lynne Burns
Lynne Burns

588040.1 3225576.1

**STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES**

**SERVICE LIST**

*DFSB KOLLECTIVE, CO. LTD., v. CJ E&M, INC., et al.*
**USDC Case No. 2:15-cv-01650-SVW-FFM**

| | |
|---|---|
| Ekwan E. Rhow<br>Timothy B. Yoo<br>BIRD, MARELLA, BOXER, WOLPERT,<br>  NESSIM, DROOKS, LINCENBERG &<br>  RHOW, P.C<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile:  (310) 201-2110<br>eer@birdmarella.com<br>tbv@birdmarella.com | Attorneys for Defendants<br>CJ E&M, Inc. and<br>CJ E&M America, Inc. |

588040.1 3225576.1

**STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES**