BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
Andrew A. August (State Bar No. 112851)
Jonathan L. Gottfried (State Bar No. 282301)
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LIM, RUGER & KIM, LLP
Bryan K. Sheldon (State Bar No.116219)
Lisa J. Yang (State Bar No. 208971)
1055 W. Seventh Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511

Attorneys for Plaintiff
DFSB Kollective Co. Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 2:15-cv-01650-SVW-FFM<br><br>**DISCOVERY MATTER:**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL CJ E&M INC. TO PRODUCE ADDITIONAL PORTIONS OF CODE IN RESPONSE TO RFP NO. 28**<br><br>Magistrate: Hon. Frederick Mumm<br>Date: January 26, 2016<br>Time: 10:00 a.m.<br>Crtrm.: 580<br><br>Pre-Trial Conference: Feb. 22, 2016<br>Trial Date: March 1, 2016<br>Discovery Cut-Off Date: Feb. 1. 2016 |

587276.1

NOTICE OF MOTION AND MOTION TO COMPEL CJ E&M INC. TO PRODUCE ADDITIONAL PORTIONS OF CODE IN RESPONSE TO RFP NO. 28

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 37, and Local Rule 37-1, on January 26, 2016 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Frederick F. Mumm in Courtroom 580, of the above-captioned court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff DFSB Kollective Co. Ltd. will and hereby does move for an Order to compel defendant CJ E&M Inc. to produce additional portions of code associated with www.mnet.com in response to plaintiff's RFP No. 28.  In particular, plaintiff moves to compel CJ E&M Inc. to produce, within two days of the Court's order:

- The source code for the stored procedure named P_IPCHK_UR_CHK. This includes all versions of code that have been operative, written or modified at any time since March 2012.
- All databases of IP addresses (and/or IP address ranges) accessed or used in any way by the stored procedure named UP_IPCHK_UR_CHK. This includes all versions of the databases since March 2012.
- The source code for the website http://papi.mnet.com/geoip/. This includes all versions of code that have been operative, written or modified at any time since March 2012.
- The web server log files for www.mnet.com since March 2012.

The Motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, the Declaration of Jonathan Gottfried, and exhibits thereto, and on such other and further matters as the Court may consider at or before the hearing on the Motion.

Pursuant to Local Rule 37-1 the Joint Stipulation was prepared following the parties' conference of counsel, which initially took place on December 16, 2015.

| | | |
|---|---|---|
| DATED: January 5, 2016 | | Keith Wesley<br>Andrew A. August<br>Jonathan Gottfried<br>BROWNE GEORGE ROSS LLP<br><br>Bryan K. Sheldon<br>Lisa J. Yang<br>LIM, RUGER & KIM, LLP<br><br>By:    /s/ Jonathan Gottfried<br>        Jonathan Gottfried<br>        Attorneys for Plaintiff DFSB Kollective Co. Ltd. |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On January 5, 2016, I served true copies of the following document(s) described as **DISCOVERY MATTER: NOTICE OF MOTION AND MOTION TO COMPEL CJ E&M INC. TO PRODUCE ADDITIONAL PORTIONS OF CODE IN RESPONSE TO RFP NO. 28** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 5, 2016, at Los Angeles, California.

/s/ Lynne Burns
Lynne Burns

587276.1

# SERVICE LIST

*DFSB KOLLECTIVE, CO. LTD., v. CJ E&M, INC., et al.*
**USDC Case No. 2:15-cv-01650-SVW-FFM**

| | |
|---|---|
| Ekwan E. Rhow<br>Timothy B. Yoo<br>BIRD, MARELLA, BOXER, WOLPERT,<br>  NESSIM, DROOKS, LINCENBERG &<br>  RHOW, P.C<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile:  (310) 201-2110<br>eer@birdmarella.com<br>tbv@birdmarella.com | Attorneys for Defendants<br>CJ E&M, Inc. and<br>CJ E&M America, Inc. |

587276.1

NOTICE OF MOTION AND MOTION TO COMPEL CJ E&M INC. TO PRODUCE ADDITIONAL PORTIONS OF CODE IN RESPONSE TO RFP NO. 28