# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1650 SVW (FFMx) | Date | January 12, 2016 |
|---|---|---|---|
| Title | DFSB KOLLECTIVE CO. LTD v. CJ E AND M INC., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | CS 01/12/16 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Lisa Yang | | Emerson Kim |

**Proceedings:** **PLAINTIFF'S MOTION TO COMPEL RE-DESIGNATION OF PRODUCED DOCUMENTS AND REQUEST FOR FEES**
**PLAINTIFF'S MOTION FOR FEES AND COSTS**

Case called. Counsel make their appearance. Court hears argument.

Plaintiff's motion to de-designate "Attorneys' Eyes Only" designation on documents is granted in part. Defendant is ordered to review carefully the documents produced and delete the "Attorneys' Eyes Only" designation from all documents that are not entitled to such a strict designation. Defendant must provide the de-designations to plaintiff within seven days of the date of the hearing. It is the Court's intent that only those documents whose disclosure to plaintiff could subject defendant to actual competitive harm or provide plaintiff with an actual competitive advantage be designated "Attorneys' Eyes Only."

Plaintiff's request for fees and costs is deferred.

:  18

Initials of Preparer   JM