1  Ekwan E. Rhow - State Bar No. 174604
       eer@birdmarella.com
2  Timothy B. Yoo - State Bar No. 254332
       tby@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
7  Attorneys for Defendants CJ E&M
   Corporation & CJ E&M America, Inc.
8
                **UNITED STATES DISTRICT COURT**

                **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| DFSB KOLLECTIVE CO. LTD., | CASE NO. 2:15-cv-01650-SVW-FFM |
|---|---|
| Plaintiff, | **REQUEST FOR ENTRY OF FINAL JUDGMENT** |
| vs. | |
| CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation, | Assigned to Hon. Stephen V. Wilson |
| Defendants. | |

3249882.2

REQUEST FOR ENTRY OF FINAL JUDGMENT

1   Pursuant to Federal Rule of Civil Procedure 58(d), Defendants CJ E&M Corporation and CJ E&M America, Inc. (collectively, "Defendants") hereby request that this Court enter a final judgment on a separate document.  Rule 58 provides that every judgment (with exceptions that are not relevant here) must be set forth on a separate document.  *See* Fed. R. Civ. P. 58(a).  The purpose of this rule is to ensure that the time for appeal does not linger indefinitely.  *See* Fed. R. Civ. P. 58, Advisory Committee Notes for the 2002 Amendments.

On January 25, 2016, the Court issued its In Chambers Order Granting Defendants' Motion to Dismiss ("Order") this action.  (Dkt. No. 67.)  Thus, under Rule 58(b)(1)(c), Defendants request that a separate judgment be entered thereupon. A proposed judgment is attached hereto.

DATED:  February 12, 2016            Respectfully submitted,

Ekwan E. Rhow
Timothy B. Yoo
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.


By:   */s/ Timothy B. Yoo*
          Timothy B. Yoo
    Attorneys for Defendants CJ E&M
    Corporation & CJ E&M America, Inc.

3249882.2

REQUEST FOR ENTRY OF FINAL JUDGMENT