FILED
CLERK, U.S. DISTRICT COURT

March 24, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DFSB KOLLECTIVE CO. LTD., a Korean corporation<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CJ E&M, INC., a Korean corporation; CJ E&M AMERICA, INC., a California corporation<br><br>　　　　Defendants. | CASE NO. 2:15-cv-01650-SVW-FFM<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ON *FORUM NON CONVENIENS***<br><br>Assigned to Hon. Stephen V. Wilson |

605904.1 3225577.1

**JUDGMENT**

On January 25, 2016, the Court entered an order GRANTING Defendants' motion to dismiss based on *forum non conveniens* thereby dismissing Plaintiff's complaint in its entirety.

Judgment is accordingly entered in favor of Defendants and against Plaintiff. This judgment does not address the merits of Plaintiff's claims or prevent Plaintiff from pursuing its allegations in another jurisdiction.

Dated: March 24, 2016

_____
Hon. Stephen V. Wilson
United States District Court Judge

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, CA 90067.

On February 17, 2016, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ON *FORUM NON CONVENIENS*** on the interested parties in this action as follows:

| | |
|---|---|
| Ekwan E. Rhow<br>Timothy B. Yoo<br>BIRD, MARELLA, BOXER,<br>WOLPERT, NESSIM, DROOKS,<br>LINCENBERG & RHOW, P.C<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110<br>eer@birdmarella.com<br>tbv@birdmarella.com | Attorneys for Defendants<br>CJ E&M, Inc. and<br>CJ E&M America, Inc. |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 17, 2016, at Los Angeles, California.

/s/ Jacqueline E. Baker
Jacqueline E. Baker

605904.1

[PROPOSED] JUDGMENT